

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00700-CR

Evonta **GARRETT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8308
Honorable Melisa Skinner, Judge Presiding

# **O R D E R**

Appellant's motion for extension of time to respond to this court's order dated November 17, 2015, is granted. We order appellant's response due December 18, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court